UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NISHA DESAI, ANDAV CAPITAL LLC,

              Plaintiffs,

-against-

MATTHEW COOKE,

              Defendant.

No. 21-CV-2756 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Oral argument on Defendant's motion to dismiss is scheduled for December 21, 2021 at 10:00 a.m., by video.  The public may access the hearing by audio-only line using the following information.  Dial-in: (877) 402-9753.  Access code: 6545179.

**SO ORDERED.**

Dated:    December 17, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge